## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Township of Marple, | : | |
| Petitioner | : | |
| | : | |
| v. | : | No. 319 C.D. 2022 |
| | : | |
| Pennsylvania Public | : | |
| Utility Commission, | : | |
| Respondent | : | |

**PER CURIAM**                **O R D E R**

NOW, April 25, 2023, upon consideration of Intervenor PECO Energy Company's application for reargument/reconsideration, and Petitioner's answer in response thereto, the application is DENIED.